584 A.2d 219
STATE OF NEW JERSEY v. GEORGE SANDLAND.

May 15, 1990.

Petition for certification denied.

584 A.2d 219
STATE OF NEW JERSEY v. JAMES A. JAMISON.

May 15, 1990.

Petition for certification denied.